OPINION — AG — A COUNTY OFFICER, SUCH AN ENUMERATED IN 19 O.S. 1971 180.47 [19-180.47], OR A DEPUTY OF SUCH OFFICER, UTILIZING HIS OR HER PERSONAL AUTOMOBILE FOR OFFICIAL BUSINESS, MAY BE REIMBURSED FOR PROPERLY AUTHENTICATED PARKING FEES AND TURNPIKE FEES DURING TRAVEL ON OFFICIAL STATE BUSINESS. CITE: 19 O.S. 1971 180.47 [19-180.47], OPINION NO. 77-127, 74 O.S. 1977 Supp., 500.2 [74-500.2], OPINION NO. 70-196, 69 O.S. 1971 317 [69-317](A) (LARRY D. BARNETT)